**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JOSHUA ADAMS,                                                                      Case No.: 1:18-cv-05512

                      *Plaintiff*,                                       **STIPULATION**

    -against-

123U LLC and
519 METROPOLITAN AVE., LLC.,

                      *Defendants*.
---------------------------------------------------------------X

      Defendant 123U LLC (the "**Defendant**"), by their undersigned counsel, agree and stipulate with Plaintiff Joshua Adams (the "**Plaintiff**"), by their attorney BARDUCCI LAW FIRM., as follows:

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant's time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **April 29, 2019**;

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:    New York, New York
             March 28, 2019

| BARDUCCI LAW FIRM | LEVIN-EPSTEIN & ASSOCIATES, P.C. |
|---|---|
| By: */s/ Maria Costanza Barducci* | By: */s/ Joshua D. Levin-Epstein* |
|     Maria Costanza Barducci, Esq. |     Joshua D. Levin-Epstein |
|     5 West 19th Street, 10th Floor |     1 Penn Plaza, Suite 2527 |
|     New York, New York 10011 |     New York, New York 10119 |
|     Tel. No. 212-433-2554 |     Tel. No.: (212) 792-0046 |
|     Email: mc@barduccilaw.com |     Email: Joshua@levinepstein.com |
|     *Attorneys for Plaintiff* |     *Attorneys for Defendant* |